

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Ex parte Douglas Clinton Siddle,

No. 11-19-00162-CR

\* Original Habeas Corpus Proceeding

\* June 6, 2019

\* Per Curiam Memorandum Opinion
(Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.,
sitting by assignment)
(Willson, J., not participating)

This court has considered Douglas Clinton Siddle's application for writ of habeas corpus and concludes that the application for writ of habeas corpus should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the application for habeas corpus is dismissed.